UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
MATTHEW PALMER,                                                         :
                                                                        :
                            Plaintiff,                                  :
                                                                        :                    23 Civ. 6951 (JPC)
            -v-                                                         :
                                                                        :                    ORDER
STARBUCKS CORPORATION *et al.*,                                         :
                                                                        :
                            Defendants.                                 :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On August 24, 2023, Defendants Starbucks Corporation, Georgine Bazemore, Jessie Brugler, and Taz Mbodje waived the service of a summons.  Dkts. 13-16.  The waiver was sent on August 7, 2023, making Defendants' deadline to respond to the Complaint October 6, 2023.  *See* Fed. R. Civ. P. 12(a)(1)(A)(ii).  That deadline has passed, and the docket does not reflect a response to the Complaint from any of the Defendants.  Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until October 16, 2023.  If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff should seek a Certificate of Default as to each by October 23, 2023.

        SO ORDERED.

Dated: October 10, 2023
        New York, New York                           _____
                                                            JOHN P. CRONAN
                                                     United States District Judge