

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

Evan B. Citron
212-492-2068
evan.citron@ogletree.com

January 3, 2024

**VIA ECF**

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

      Re:   *Palmer v. Starbucks Corporation et al.*
              <u>Case No.</u>  1:23-cv-06951-JPC

Dear Judge Cronan:

     We represent Defendants Starbucks Corporation ("Starbucks" or the "Company"), Jessie Brugler, Georgine Bazemore, and Taz Mbodje (collectively, "Defendants") in the above-referenced matter.  In accordance with Rule 3.B of Your Honor's Individual Rules and Practices, we write to respectfully request an extension of Defendants' time to file their motion to compel arbitration (the "Motion") from January 5, 2023, until January 19, 2024.  Defendants respectfully submit this request so that they may, amidst the scheduling and logistical challenges that typically accompany this period of the calendar, be afforded additional time to finalize their motion papers, which will include, *inter alia*, an affidavit from a Company employee.  To the extent the Court is amenable to Defendants' request, and having conferred with Plaintiff's counsel regarding the matter, Defendants respectfully request that the Court modify the current briefing schedule for the Motion as follows:  (i) Defendants' moving papers shall be filed by January 19, 2024; (ii) Plaintiff's opposition papers shall be filed by February 2, 2024; and (iii) Defendants' reply papers shall be filed by February 16, 2024.  This is Defendants' first request for the relief sought herein, and Plaintiff consents to this request.

     Thank you for Your Honor's consideration of this request.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

The Honorable John P. Cronan
January 3, 2024
Page 2

                                        Respectfully submitted,

                                        OGLETREE, DEAKINS, NASH,
                                         SMOAK & STEWART, P.C.

                                        By: *s/ Evan B. Citron*
                                                Evan B. Citron

cc:    All counsel of record (via ECF)

The request is granted.  Defendants shall file their motion by January 19, 2024, Plaintiff shall file opposition by February 2, 2024, and Defendants shall file any reply by February 16, 2024.  The Clerk of Court is respectfully directed to close Docket Number 27.

SO ORDERED.
Date: January 4, 2024
New York, New York

                                                        JOHN P. CRONAN
                                                United States District Judge