```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MATTHEW PALMER,                                                        :
                                                                       :
                               Plaintiff,                              :
                                                                       :         23 Civ. 6951 (JPC)
               -v-                                                     :
                                                                       :                ORDER
STARBUCKS CORPORATION et al.,                                          :
                                                                       :
                               Defendants.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties shall file a joint status letter in this matter by June 10, 2025.

SO ORDERED.

Dated: June 3, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge