UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                :

MATTHEW PALMER,                :

            Plaintiff,         :

                :     23 Civ. 6951 (JPC)

     -v-               :

                :         ORDER

STARBUCKS CORPORATION *et al.*,  :

                :

         Defendants.       :

                :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     The parties shall file a joint status letter in this matter by December 12, 2025.

     SO ORDERED.

Dated: December 5, 2025
     New York, New York           JOHN P. CRONAN
                           United States District Judge